UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMADOR RIVERA,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>JOHN/JANE DOE, et al.,<br><br>　　　　　　Defendants. | 3:09-cv-00007 (CSH) |

## RULING ON PLAINTIFF'S MOTION TO RECONSIDER

HAIGHT, Senior District Judge:

Plaintiff Amador Rivera has filed a Motion to Reconsider the Court's denial of his Motion to Alter or Amend. [Doc. 57.] "The standard for granting such a motion is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked— matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." *Shrader v. CSX Transp.*, 70 F.3d 255, 257 (2d Cir. 1995). The pending motion does not identify anything that would alter the Court's previous conclusions. Therefore, the motion is DENIED.

　　　It is **SO ORDERED.**

Dated: New Haven, Connecticut

　　　July 25, 2011

　　　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Haight, Jr.*

　　　　　　　　　　　　　　　　　　　　　　Charles S. Haight, Jr.

　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge